**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                                    Case No. 11 B 51903

      Stephanie Templeton

      Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on <u>12/30/2011</u>.

2)  The plan was confirmed on <u>03/15/2012</u>.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on <u>NA</u>.

5)  The case was Dismissed on <u>11/21/2013</u>.

6)  Number of months from filing to last payment: <u>20</u>.

7)  Number of months case was pending: <u>25</u>.

8)  Total value of assets abandoned by court order: <u>NA</u>.

9)  Total value of assets exempted: <u>NA</u>.

10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $5,500.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$5,500.00**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,775.10 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $238.16 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$2,013.26**

Attorney fees paid and disclosed by debtor:          $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA Checkmate LLC | Unsecured | 1,278.41 | NA | NA | 0.00 | 0.00 |
| Account Recovery Service | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| Accounts Receivable Management | Unsecured | 121.67 | NA | NA | 0.00 | 0.00 |
| ACL Inc | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 10.65 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 510.24 | 229.05 | 229.05 | 0.00 | 0.00 |
| ATG Credit LLC | Unsecured | 440.95 | NA | NA | 0.00 | 0.00 |
| Bay Area Credit Services | Unsecured | 979.55 | NA | NA | 0.00 | 0.00 |
| Brother Loan & Finance | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| CB USA | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| CBE Group | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |
| Chicago Lake Shore Medical | Unsecured | 64.50 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 2,500.00 | 4,137.40 | 4,137.40 | 0.00 | 0.00 |
| Collect Systems | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Collect Systems | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 878.75 | 1,242.84 | 1,242.84 | 0.00 | 0.00 |
| Consumer Portfolio Services | Secured | 10,400.00 | 20,753.19 | 10,400.00 | 2,623.32 | 863.42 |
| Consumer Portfolio Services | Unsecured | NA | 10,353.19 | 10,353.19 | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 705.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Service | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| EOSCCA | Unsecured | 468.43 | NA | NA | 0.00 | 0.00 |
| Evergreen Emergency Service | Unsecured | 700.00 | 22.50 | 22.50 | 0.00 | 0.00 |
| Honor Finance | Unsecured | 6,056.00 | NA | NA | 0.00 | 0.00 |
| Hyde Park Dermatology | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 121.67 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 204.27 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Ivanhoe Dental Group Ltd | Unsecured | 423.40 | NA | NA | 0.00 | 0.00 |
| Linebarger Goggan Blair & Simpson | Unsecured | 165.28 | NA | NA | 0.00 | 0.00 |
| Loan Shop | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Malcolm S Gerald & Assoc | Unsecured | 10.65 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Midwest Orthopaedics | Unsecured | 229.20 | NA | NA | 0.00 | 0.00 |
| National Check Trust Inc | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| National Recoveries Inc | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Medical Faculty | Unsecured | 1,092.81 | 1,561.80 | 1,561.80 | 0.00 | 0.00 |
| Northwestern Memorial Hospital | Unsecured | 562.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 7,164.99 | 1,769.02 | 1,769.02 | 0.00 | 0.00 |
| Progressive Finance | Unsecured | 883.63 | 785.02 | 785.02 | 0.00 | 0.00 |
| RDK Collection Services | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Rush Surgicenter | Unsecured | 308.74 | NA | NA | 0.00 | 0.00 |
| Scheck And Siress Prosthetics Inc | Unsecured | 24.12 | NA | NA | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | 414.00 | 414.07 | 414.07 | 0.00 | 0.00 |
| Surety Finance | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| UIC-Physicians Group | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| University Anesthesiologists | Unsecured | 60.00 | 60.00 | 60.00 | 0.00 | 0.00 |
| University Of Chicago Medical Center | Unsecured | 266.72 | NA | NA | 0.00 | 0.00 |
| Village of Evergreen Park | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Wisconsin Public Service Corp | Unsecured | 1,238.86 | NA | NA | 0.00 | 0.00 |
| Women's Workout World | Unsecured | 394.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $10,400.00 | $2,623.32 | $863.42 |
| **TOTAL SECURED:** | **$10,400.00** | **$2,623.32** | **$863.42** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$21,074.89** | **$0.00** | **$0.00** |

| Disbursements: | |
| --- | --- |
| Expenses of Administration | $2,013.26 |
| Disbursements to Creditors | $3,486.74 |
| **TOTAL DISBURSEMENTS** : | **$5,500.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/31/2014                    By: /s/ Marilyn O. Marshall _____
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**